BEFORE THE FIRST DIVISION, AUGUST 21, 1961

No. 65967.—A. & P. Import Co. et al. *v.* United States, protests 58/1218, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 65968.—Firmenich, Inc., et al. *v.* United States, protests 60/22775, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiffs was sustained.

No. 65969.—Shell Oil Company *v.* United States, protests 59/25195, etc. (Norfolk).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cutback asphalt the same in all material respects as that the subject of *American Bitumuls & Asphalt Co.* v. *United States* (45 Cust. Ct. 1, C.D. 2188), the claim of the plaintiff was sustained.